# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAMEON COLE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Case No. 3:14-cv-01314-JPG-PMF |
| | ) |
| **DR. COE, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff Dameon Cole's motion for default judgment (Doc. No. 27). The motion is opposed by defendant Dr. Coe, to whom the motion is directed (Doc. No. 28).

The motion is not supported by citation to authority, and the Court cannot locate a Clerk's entry of default or any information demonstrating that the request has substantial merit. Dr. Coe waived formal service, filed a timely Answer, sought a protective order, and is participating in discovery.

IT IS RECOMMENDED that the motion (Doc. No. 27) be DENIED.

**SUBMITTED: January 5, 2016.**

                                                        s/Philip M. Frazier
                                                      **PHILIP M. FRAZIER**
                                                      **UNITED STATES MAGISTRATE JUDGE**